IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY,

        Plaintiff,

v.

PALM HARBOR ASSOC INC., a Florida corporation; JAMAICAN PATTY SHOP, INC., a Florida corporation; QUN CHI CHAO, Individually,

        Defendant.
_____/

Case No.: 6:17-cv-00734-RBD-KRS

## NOTICE OF SETTLEMENT

Plaintiff hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled as to all parties and to requests 30 days finalize the settlement document and submit a dismissal.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this June 8, 2017.

        Respectfully submitted,
        Attorneys for Plaintiff:

        Aaron Finesilver, Of Counsel
        Thomas B. Bacon, P.A.
        100 N. Biscayne Blvd., Suite 1300

Miami, FL 33131
Telephone: (305) 702-8355
Fax: (305) 503-7374
Aaron@finesilverlaw.com
Florida Bar Number: 577022

By: /s/ Aaron Finesilver
 AARON FINESILVER, ESQ.

Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262